```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 10-53008-659  Chapter 13
     ANDREW A HAM                   )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                    Debtor(s)       ) set for Jan 06, 2011 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                      /s/ John V. LaBarge, Jr.
KLW-221                              --------------------------------
                                     John V LaBarge Jr
Copy served on the following either  Chapter 13 Trustee
through the Court's ECF system or by P.O. Box 430908
ordinary mail on December 9, 2010  : St. Louis, MO 63143    (314) 781-8100
                                     trust33@ch13stl.com   Fax:(314) 781-8881
ROBERT E FAERBER
230 S BEMISTON
STE 600
CLAYTON MO  63105

ANDREW A HAM
390 BEARS DEN DRIVE
WENTZVILLE MO  63385
```